IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOEL FINK,**<br><br>                     Plaintiff,<br><br>v.<br><br>**KIMBERLY KIRCHMEYER, in her official capacity as Director of the California Department of Consumer Affairs et al.,**<br><br>                     Defendants. | 3:23-cv-05921-RFL<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' CONTEMPLATED MOTION TO DISMISS** |

WHEREAS, on November 16, 2023, Plaintiff filed a complaint in this matter (ECF No. 1), challenging the enforcement of the California Private Investigator Act against Plaintiff on constitutional grounds;

WHEREAS, the parties stipulated to extend the time for Defendants to respond to the complaint to December 29, 2023 (ECF No. 14);

WHEREAS, Plaintiff subsequently filed a motion for preliminary injunction (ECF No. 15), with Defendants' response due by December 22, 2023, any reply due by December 29, 2023, and a hearing set for February 6, 2024;

WHEREAS, Defendants are considering filing a motion to dismiss the complaint;

WHEREAS, there would likely be significant overlap among the substantive issues raised by Plaintiff's motion for preliminary injunction and any motion to

dismiss filed by Defendants, and thus the parties desire that Defendants' motion to dismiss, if any, be heard on the same date as Plaintiff's motion for preliminary injunction, to preserve the parties' resources and in the interest of judicial economy; and

WHEREAS, Plaintiff's motion for preliminary injunction involves complex issues of constitutional law and was filed in close in time to the end-of-year holidays, and Defendants require additional time to sufficiently respond to Plaintiff's motion for preliminary injunction, including time for internal review.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, that the briefing schedule for Plaintiff's pending motion for preliminary injunction and any motion to dismiss filed by Defendants shall be as follows:

- Defendants' motion to dismiss, if any, shall be filed by December 29, 2023;

- Defendants' opposition to the motion for preliminary injunction and Plaintiff's opposition to the motion to dismiss shall be due by January 16, 2024;

- The parties' replies to the oppositions shall be due by January 23, 2024;

- Plaintiff's motion for preliminary injunction and Defendants' motion to dismiss, if any, shall be heard on February 6, 2024, as currently scheduled, or on a date thereafter that is convenient for the Court.

No other modification of these deadlines has been requested or granted, and the Court has not stated that no further extensions will be granted. Upon information and belief, the extension of these deadlines will not affect any other scheduled event or deadline in the case.

| | |
|---|---|
| Dated: December 18, 2023 | Respectfully Submitted, |
| | ROB BONTA<br>Attorney General of California<br>MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
| | */s/ Kevin J. Kelly*_____<br>KEVIN J. KELLY<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated: December 18, 2023 | Respectfully Submitted, |
| | SULLIVAN & CROMWELL LLP |
| | */s/ Brendan P. Cullen*_____<br>BRENDAN P. CULLEN<br>*Attorney for Plaintiff* |
| Dated: December 18, 2023 | Respectfully Submitted, |
| | INSTITUTE FOR JUSTICE |
| | */s/ Andrew H. Ward*_____<br>ANDREW H. WARD<br>*Attorney for Plaintiff* |

Stipulation and [Proposed] Order Setting Briefing Schedule for Plaintiff's Motion
for Preliminary Injunction and Defendants' Contemplated Motion to Dismiss
-3-                                                                           (3:23-cv-05921-RFL)

**ATTESTATION OF E-FILED SIGNATURES**

I, Kevin J. Kelly, am the ECF User whose ID and password are being used to file this STIPULATION SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' CONTEMPLATED MOTION TO DISMISS. In compliance with Northern District of California L.R. 5-1(i)(3), I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: December 18, 2023          */s/ Kevin J. Kelly*_____
                                  Kevin J. Kelly

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                  Honorable Rita F. Lin
                                  United States District Court Judge